**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFFS' COUNSEL LISTED ON SIGNATORY LINE]

*Attorneys for Plaintiff,*

**MANDARICH LAW GROUP, LLP**
Neil Sholander, Esq.
neils@mandarichlaw.com
6301 Owensmouth Ave., Ste. 850
Woodland Hills, CA 91367
Telephone: (877) 414-0130
Facsimile: (818) 888-1260

*Attorney for Defendant,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK MANSOUR,**<br><br>    Plaintiffs,<br><br>v.<br><br>**CACH, LLC; AND, MANDARICH LAW GROUP, LLP,**<br><br>    Defendants. | **Case No.:** SACV13-00100-CJC (JPRx)<br><br>**JOINT MOTION FOR DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>**HON. CORMAC J. CARNEY** |

///
///
///

**JOINT MOTION FOR DISMISSAL OF THE WITH PREJUDICE**     PAGE 1 OF 3

Plaintiff RICK MANSOUR ("Plaintiff") and Defendants CACH, LLC; and, MANDARICH LAW GROUP, LLC ("Defendants"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff and Defendants hereby jointly move to dismiss the Action as to Plaintiffs WITH PREJUDICE.

In addition, the Parties apologize for the Parties' delay in filing the current Joint Motion to Dismiss. Upon being served with this Action, Defense counsel contacted Plaintiff's counsel in an effort to resolve the matter amicably. While pursuing this course of action, the Parties inadvertently neglected to inform the Court of their progress. The Parties apologize for any inconvenience this may have caused this Court and request that sanctions are not imposed for the Parties' excusable neglect.

Date: May 22, 2013                           **KAZEROUNI LAW GROUP, APC**

                                             By: ___/s/ Matthew M. Loker_____
                                                   MATTHEW M. LOKER, ESQ.
                                             ATTORNEY FOR PLAINTIFF, RICK MANSOUR

Date: May 22, 2013                           **MANDARICH LAW GROUP, LLP**

                                             By: ___/s/ Neil Sholander_____
                                                      NEIL SHOLANDER, ESQ.
         ATTORNEY FOR DEFENDANTS, CACH, LLC; AND, MANDARICH LAW GROUP, LLP

///

///

///

///

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Neil Sholander, Esq., counsel for Defendant, and that I have obtained Mr. Sholander's authorization to affix his electronic signature to this document.

Date: May 22, 2013                                  **KAZEROUNI LAW GROUP, APC**

By:  ___/s/ Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF, RICK MANSOUR

**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022